**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7243**

TERRY THOMPSON,

        Plaintiff - Appellant,

    v.

CHARLES OPOKU; ALIESHA HAYNES; DERRICK GARNETT; TYLECIA
RENE; DANIEL MORGAN; KURT MOORE; DEAN GADSON; SABA ASRAT;
CORIZON, INCORPORATED; ANDREW JACKSON; WILLIAM LEWIS;
STEPHEN STANBACK,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Ellen L. Hollander, District Judge. (1:18-cv-01022-ELH)

Submitted: February 23, 2021           Decided: February 26, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Terry Thompson, Appellant Pro Se. Tonia Yvetta Belton Gofreed, PRINCE GEORGE'S
COUNTY OFFICE OF LAW, Largo, Maryland; Patricia H. Beall, Jacqueline G. Greiss,
MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Thompson seeks to appeal two orders entered in his 42 U.S.C. § 1983 civil rights action granting summary judgment to some, but not all, defendants. Thompson's case remains pending in the district court against the remaining defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Thompson seeks to appeal are neither final orders nor appealable interlocutory or collateral orders.[*] Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Thompson does not argue on appeal that the district court improperly denied his request for a preliminary injunction, therefore that portion of the May 14, 2019, order is not before this court.